THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
David E. Karlin (SBN 275905)
13522 Newport Avenue, Suite 201
Tustin, California  92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com
david@karlinlaw.com

Attorneys for Defendant: 1033 3rd Street Apartments, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United African-Asian Abilities Club, on Behalf of Itself and Its Members; Jessie James Davis IV, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>1033 3rd Street Apartments, LLC; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-09694-SB-AS<br><br>Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days<br>(L.R. 8-3)<br><br>Complaint served: 11/11/20<br>Current response date: 12/2/20<br>New response date: 1/4/2021 |

    The following stipulation is entered into by and between Plaintiffs, United African-Asian Abilities Club, on Behalf of Itself and Its Members; Jessie James Davis IV, an Individual and Defendant, 1033 3rd Street Apartments, LLC, in this action ("Parties"), by and through their respective counsel of record.  The Parties hereby enter into the following stipulation:

    1. Plaintiff agrees to give Defendant 1033 3rd Street Apartments, LLC an extension to respond to the Complaint.

1

2. Original due date to respond to the Complaint was on December 2, 2020 for Defendant 1033 3rd Street Apartments, LLC in this action.

3. It is agreed and stipulated that the new due date will be January 4, 2021 for Defendant, 1033 3rd Street Apartments, LLC in this action.

Good cause exists for this extension as defense counsel has just been retained for this case and requires time to become knowledgeable about the case to prepare an initial pleading.

Accordingly, the Parties stipulate to the above.

IT IS SO STIPULATED.

DATED:  11/25/2020                **LIGHTNING LAW, APC**


By:  __/s/ David C. Wakefield__
    David C. Wakefield, Esq.
    Attorney for Plaintiff


DATED:  11/25/2020                **THE KARLIN LAW FIRM LLP**


By:  __/s/ David E. Karlin__
    David E. Karlin, Esq.
    Attorneys for Defendant

I, David E. Karlin attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

    _/s/ David E. Karlin_____
    David E. Karlin